IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNARDO COLES,<br>　　　　Petitioner | :<br>:<br>:<br>: |
| v. | : CIVIL NO. 1:11-CV-1610<br>:<br>: |
| LOUIS FOLINO, *et al.*,<br>　　　　Respondents | :<br>: |

*O R D E R*

AND NOW, this 11th day of October, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Blewitt (Doc. 4), to which no objections have been filed, it is ORDERED that said Report (Doc. 4) is accepted.

Pursuant to Judge Blewitt's Recommendation, it is ORDERED that the Clerk shall transfer this file to the Clerk of the U.S. District Court for the Western District of Pennsylvania for all further proceedings.

　　　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　United States District Judge